AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jesus Faz<br>YOB: 1994 Citizenship: United States<br><br>*Defendant(s)* | Case No. M-19-2234-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 13, 2019** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 554, 2 | Did knowingly and unlawfully export or attempt to export from the United States, any merchandise, article, or object, to wit: 4,160 rounds of 7.62 x 39 caliber ammunition, as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1 and 127.3 all in violation of Title 18, United States Code, Section 554. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan McTaggart Special Agent HSI
*Printed name and title*

Approved by [signature]
Sworn to before me and signed in my presence.

Date: 9/16/19 - 3:40 p.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis United States Magistrate Judge
*Printed name and title*

Attachment "A"

On August 23, 2019, Homeland Security Investigations (HSI) Special Agents (SA) received information that Jesus FAZ (hereafter referred to as FAZ) was involved in smuggling firearms and ammunition from the United States into Mexico.

On September 13, 2019, HSI SAs made contact with FAZ outside of a residence in Pharr, Texas.

After identifying themselves as SAs and explaining the reason for their contact with FAZ, SAs asked FAZ if FAZ would be willing to speak with SAs and during the conversation that FAZ stated FAZ had eight boxes of ammunition inside of a Chevrolet truck belonging to FAZ and parked at the residence.

SAs requested, and were granted, consent to search the vehicle which resulted in the discovery approximately 4,160 rounds of 7.62 x 39 caliber ammunition inside of the vehicle.

On September 13, 2019, FAZ, under rights advisement and waiver, stated FAZ received the ammunition from a co-conspirator and the ammunition was intended to be smuggled into Mexico and turned over to another co-conspirator.

FAZ stated FAZ knew it was illegal to smuggle ammunition into Mexico and FAZ had previously received ammunition, which was intended to be smuggled into Mexico, on multiple previous occasions.

According to the Department of State, Office of Defense Trade Controls Compliance (DTCC), 7.62 x 39 caliber ammunition is determined to be a defense article described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (22 U.S.C. 2778).